Tomáz Mendes Regatos, Respondent, v North Fork Bank et al., Appellants, et al., Defendant.

Submitted June 27, 2005; decided June 29, 2005

Motion by American Bankers Association et al. for leave to appear amici curiae on the appeal herein granted to the extent that the proposed brief is accepted as filed.

---

Injah Tafari, Appellant, v State of New York, Respondent.

Submitted May 31, 2005; decided June 29, 2005

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

---

In the Matter of Myrna Torres, Appellant, v New York City Housing Authority, Respondent.

Submitted May 16, 2005; decided June 29, 2005

Motion for leave to appeal dismissed as untimely (see CPLR 5513 [b]).

---

Xiao Yang Chen, Appellant, v Ian Ira Fischer, Respondent.

Submitted June 20, 2005; decided June 29, 2005

Motion by American Academy of Matrimonial Lawyers, New York Chapter, for leave to appear amicus curiae on the appeal herein granted to the extent that the proposed brief is accepted as filed. Nineteen additional copies of the brief may be filed and two additional copies served within 10 days.